

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00384-CV

James **STROM**,
Appellant

v.

Juan Antonio **CASTILLO-GUZMAN** and L&B Interests, Inc.,
Appellees

From the 456th District Court, Guadalupe County, Texas
Trial Court No. 21-1879-CV-E
Honorable Dwight E. Peschel, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE SPEARS, AND JUSTICE MEZA

In accordance with this court's memorandum opinion of this date, the trial court's judgment is AFFIRMED.

It is ORDERED that Appellees Juan Antonio Castillo-Guzman and L&B Interests, Inc. recover their costs on appeal from Appellant James Strom.

SIGNED July 9, 2025.

_____
Adrian A. Spears II, Justice